IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARES, INC., NICK ARELLANO, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>MONTEREY COUNTY, STATE OF CALIFORNIA, et al.,<br><br>    Defendants.<br>                                       / | No. C 05-01026 WHA<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS; ORDER OF SERVICE** |

    Based on the application and supplemental information, it is hereby ordered that plaintiff's application to proceed *in forma pauperis* is **GRANTED** and that the Clerk shall issue summons. It is further ordered that the U.S. Marshal for the Northern District of California shall serve, without payment of fees, a copy of the complaint, any amendments or attachments, plaintiff's affidavit, and this order upon the defendants.

    **IT IS SO ORDERED.**

Dated: June 13, 2005.

                                               WILLIAM ALSUP<br>
                                             UNITED STATES DISTRICT JUDGE