IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARES, Inc., NICK ARELLANO, *et al.*,

    Plaintiffs,

  v.

STATE OF CALIFORNIA; MIKE LEAVITT, United States Department of Health and Human Services Secretary; COUNTY OF MONTEREY, *et al.*,

    Defendants.

No. C 05-01026 WHA

**ORDER VACATING HEARING**

    Pursuant to Civil Local Rule 7–1(b), the Court finds that the pending motions to dismiss may be determined without oral argument. The hearing, currently scheduled for **OCTOBER 6, 2005 AT 8:00 A.M.**, is **VACATED**.

**IT IS SO ORDERED.**

Dated: September 22, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE