IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER ADVOCATES RIGHTS ENFORCEMENT SOCIETY, INC. (CARES, INC.), on behalf of California child support payers; NICK ARELLANO, individually, on behalf of all those similarly situated and as guardian ad litem for Ryan Arellano, individually and on behalf of all those similarly situated;<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE OF CALIFORNIA; MIKE LEAVITT, United States Department of Health and Human Services Secretary; COUNTY OF MONTEREY, STEPHEN H. KENNEDY, Monterey County Director of Child Support Services; CURTIS L. CHILD, State of California Director of Child Support Services; JAMES L. HANSEN, Monterey County Child Support Services Chief Attorney; LISA ORTIZ; BERTIE SIMON; and DOES 1 through 50 inclusive,<br><br>    Defendants.<br>_____/ | No. C 05-01026 WHA<br><br>**ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION AND SETTING BRIEFING SCHEDULE** |

   As previously ordered, this matter has been taken under submission. Plaintiffs' *ex parte* application to continue the hearing until November 3, 2005 is **DENIED**. The opposition brief is due September 29, 2005. The reply brief is due October 6, 2005.

   **IT IS SO ORDERED.**

Dated: September 26, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE