KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-6813
    Facsimile:   (415) 436-6748
    Email:   andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARES, Inc., NICK ARELLANO, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STATE OF CALIFORNIA; MIKE ) <br> LEAVITT, United States Department of ) <br> Health and Human Services Secretary; ) <br> COUNTY OF MONTEREY, et al. ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. C-05-01026 WHA <br> **E-FILING CASE** <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING THE FEDERAL DEFENDANT** <br><br> Date: October 6, 2005 <br> Time: 8:00 a.m. <br> Ctrm: 9, 19th Floor, SF <br> Hon.: William H. Alsup |

    WHEREAS, plaintiffs seek to dismiss all claims against Mike Leavitt, Secretary of the U.S. Department of Health and Human Services ("Federal Defendant"), without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1);

    WHEREAS, each side will bear its own costs and fees, it is hereby

    STIPULATED AND AGREED by and among plaintiffs and the Federal Defendant, through their undersigned counsel, that all claims as to the Federal Defendant are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

                                                      Respectfully submitted,

                                                      KEVIN V. RYAN
                                                      United States Attorney

Dated: September 29, 2005

                                                        /s/_____
                                                     ANDREW Y.S. CHENG
                                                     Assistant United States Attorney

Dated: September 29, 2005

_____/s/_____
MARTHA BRONSON
Attorney for Plaintiff

## ORDER

The Court dismisses all claims against the Federal Defendant without prejudice. Each side is to bear its own costs.

**IT IS SO ORDERED.**

Dated: September 30, 2005

_____
WILLIAM H. ALSUP
United States District Judge

STIPULATION TO DISMISS ALL CLAIMS AGAINST FEDERAL DEFENDANT, 05-1026 WHA